

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   RAYMOND A. GARCIA (State Bar No. 279884)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile:  310-556-5959
5  Email:     lacalendar@stroock.com

6
   Attorneys for Defendant
7    Citibank, N.A.

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA

10

11 CRAIG SMITH, individually, and on            Case No. SACV13 - 00748 CJC (ANx)
12 behalf of a class similarly situated,
                                                NOTICE OF REMOVAL
13             Plaintiffs,
                                                (Pursuant to 28 U.S.C. §§ 1331, 1441(b),
14       vs.                                    1446 – Federal Question)

15 CITIBANK, N.A. a corporation doing
   business in the State of California, Does
16 1 to 10
                                                **By Fax**
17             Defendants.

LA 51639653

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled <u>Craig Smith, et al. v. Citibank, N.A., et al.</u>, Superior Court of California, County of Orange, Case No. 30-2013-00635152-CU-PO-CXC (the "Action"), to the United States District Court for the Central District of California, on the following grounds:

1. <u>Removal Is Timely</u>. On February 27, 2013, plaintiff Craig Smith ("Plaintiff") filed the Action in the Superior Court of the State of California for the County of Orange. A true and correct copy of the Complaint and Summons is attached hereto as Exhibit A. Plaintiff effected service on Citibank on April 29, 2013 by way of a Notice of Acknowledgement of Receipt that was signed by Citibank's counsel on such date, a true and correct copy of which is attached hereto as Exhibit B. Based on the foregoing, Citibank has timely filed this Notice of Removal within thirty days of service of the Complaint. <u>See</u> 28 U.S.C. § 1446(b).

2. <u>This Court Has Removal Jurisdiction Over This Action</u>. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. §1441(a), in that Plaintiff asserts a claim against Citibank for violation of the federal Telephone Consumer Protection Act, 47 U.S.C. §227 <u>et seq.</u> ("TCPA"). The United States Supreme Court has confirmed that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal-question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. §1331's words plainly 'aris[es] under' the laws ... of the United States.'" <u>Mims v. Arrow Fin. Servs., LLC</u>, 132 S. Ct. 740, 748 (2012). To the extent any other claims in this Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

- 1 -

LA 51639653

3. <u>No Other Defendant's Consent Is Required For Removal</u>. Citibank is the only named defendant in this Action, therefore, no other entities' consent is required for removal. Accordingly, the Action is properly removed pursuant to 28 U.S.C. § 1446(a) & (b).

4. A copy of this Notice of Removal is being filed with the Superior Court for the State of California for the County of Orange and concurrently served on Plaintiff.

Dated: May 10, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
RAYMOND A. GARCIA

By: _____
Raymond A. Garcia

Attorneys for Defendant
Citibank, N.A.

LA 51639653

# Exhibit A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CITIBANK, N.A. a corporation doing business in the State of California, Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CRAIG SMITH, individually, and on behalf of a class similarly situated

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

02/27/2013 at 11:40:08 AM

Clerk of the Superior Court
By Irma Cook, Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California
~~County of Orange, Central Justice Center~~
~~700 Civic Center Drive West, Santa Ana, CA 92701~~
Civil Complex Center
751 W. Santa Ana Blvd
Santa Ana, Ca. 92701

**CASE NUMBER:** 30-2013-00635162-CU-PO-CXC

Judge Nancy Wieben Stock

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Wade A. Miller CBN 208980, 235 East Broadway Ste 424, Long Beach, CA 90802

DATE 02/27/2013        Alan Carlson        Clerk, by        /s/ Irma Cook        Deputy
*(Fecha)*                                  *(Secretario)*                        *(Adjunto)*
                                                           Irma Cook

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Wade A. Miller (SBN 208980)
WADE MILLER LAW
235 East Broadway Suite 424
Long Beach, California, 90802
(562) 437-6300
(562) 786-8398 fax
wmiller@wademillerlaw.com

Attorneys for Plaintiff

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

02/27/2013 at 11:40:08 AM

Clerk of the Superior Court
By Irma Cook, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE
### CIVIL COMPLEX CENTER

| | |
|---|---|
| CRAIG SMITH, individually, and on behalf of a class similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIBANK, N.A. a corporation doing business in the State of California, Does 1 to 10 <br><br> Defendants | Case No: 30-2013-00635152-CU-PO-CXC <br><br> Judge Nancy Wieben Stock <br><br> Class Action <br><br> **COMPLAINT FOR VIOLATION OF THE CALIFORNIA ROSENTHAL ACT AND THE TCPA** <br><br> Demand for Jury Trial <br><br> Unlimited Civil |

Plaintiff Craig Smith alleges:

### PRELIMINARY ALLEGATIONS

1. Plaintiff Craig Smith ("Smith") has a student loan with Citibank, N.A. ("Citibank"). In the spring of 2012, he fell behind on making his payments. Citibank called him on his cell phone in the morning on Saturday, May 26, 2012 in an attempt to collect a payment.

2. Smith silenced his cell phone and did not answer the telephone call. Citibank immediately called back and then Smith answered.

- 1 -
CLASS ACTION COMPLAINT

3. Once he answered the telephone call, Smith made it clear to the female representative that he revoked all consent to call him on his cell phone number, (949) 370-5893. He asked the representative whether she was recording the call and she replied, "Yes."

4. Smith then asked her whether she was using an auto dialer and she replied, "Yes."

5. Citibank called 20+ times from the auto dialer during the next several weeks including calling multiple times on Memorial Day holiday.

## *JURISDICTION AND VENUE*

6. The class that plaintiffs represent is defined in subclasses as follows: All current and former debtors of defendants who verbally requested that Citibank cease and desist phone calls to their cell phones in the State of California and Citibank continued to call their cell phones.

7. This action has been brought and may properly be maintained as a class action pursuant to the provisions of California Code of Civil Procedure §382, because there is a well-defined community of interest in the litigation and the proposed class is ascertainable:

   A. NUMEROSITY: The plaintiff class is so numerous that the individual joinder of all members is impractical under the circumstances of this case. While the exact number of class members is unknown to plaintiffs at this time, plaintiffs are informed and believe that many current and former debtors have verbally requested that Citibank cease and desist making telephone calls to their cell phones and Citibank continued to call the debtors cell phones during the period covered by this action;

   B. COMMON QUESTIONS PREDOMINATE: Common questions of law and fact exist as to all members of the plaintiff class and predominate over any questions that affect only individual members of the class. The common questions of law and fact include, but are not limited to:

- 2 -
CLASS ACTION COMPLAINT

i. Whether defendants violated the TCPA by continuing to call a debtors' cell phone after verbal notice to stop doing so;

C. TYPICALITY: Plaintiffs' claims are typical of the claims of the class members. Plaintiffs and the members of the class sustained damages arising out of defendants' common practice of continuing to call debtors' cell phones after requested to stop such phone calls. Plaintiff, like the other Class members, are entitled to $500 per unauthorized phone call per statute;

D. ADEQUACY: Plaintiff will fairly and adequately protect the interests of the members of the class. Plaintiff's counsel has represented Plaintiff's in multiple class actions suits. Plaintiff has no interest that is adverse to the interests of the other class members;

E. SUPERIORITY: A class action is superior to other available means for the fair and efficient adjudication of this controversy since individual joinder of all members of the class is impractical; class action treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would engender. Furthermore, as the damages suffered by each individual member of the class may be relatively small, the expenses and burden of individual litigation would make it difficult or impossible for individual members of the class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a class action. The cost to the court system of adjudication of such individualized litigation would also present the potential for inconsistent or contradictory judgments;

F. PUBLIC POLICY CONSIDERATION: Debt collectors throughout the state violate the TCPA. Current debtors, even after giving a verbal cease and desist, continue to be harassed by debt collectors. Many debtors cannot afford to retain legal counsel to assert their rights as they are almost

inevitably in financial distress. Class actions provide the class members who are not named on the Complaint with a remedy that allows for vindication of their rights;

8. Plaintiff is a natural person over the age of 18 residing in Orange County, State of California and is obligated or allegedly obligated to pay a debt which is considered a "consumer debt" as that term is defined by California Civil Code §1788.2(f).

9. Defendant Citibank, N.A., is a corporation doing business in Orange County, California. Defendant is a "debt collector" since in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in collection of consumer debts as that term is defined by California Civil Code §1788.2(c).

10. Defendants Does 1 to 10 are persons or entities, true names and capacities presently unknown to Plaintiff, and who therefore are sued by such fictitious names. Plaintiff is informed and believes and thereon alleges that each named Defendant perpetrated some or all of the wrongful acts alleged herein, is responsible in some manner for the matters alleged herein, and is jointly and severally liable to Plaintiff. Plaintiff will seek leave of Court to amend this Complaint to state the true names and capacities of such fictitiously named defendants when ascertained.

11. At all times mentioned herein, each Defendant was the agent or employee of each of the other Defendants and was acting within the course and scope of such agency or employment. The Defendants are jointly and severally liable to Plaintiff.

12. The Superior Court has the jurisdiction over this matter since the amount in controversy exceeds $10,000.00 and plaintiff seeks injunctive relief.

13. Plaintiff was damaged in California and jurisdiction is established.

14. Venue is proper in Orange County where Plaintiff was damaged.

## FIRST CAUSE OF ACTION

(Against All Defendants for Negligent Infliction of Emotional Distress)

15. Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

16. Defendants were negligent.

17. Plaintiff suffered severe emotional distress.

18. Defendants' conduct was a substantial factor in causing Plaintiff's emotional distress.

## SECOND CAUSE OF ACTION

(Against All Defendants For Violations of the Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 et. seq.)

19. Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

20. The Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 et seq. ( the "RFDCPA" ) was enacted in 1976 to ensure the integrity of our banking and credit industry. Civil Code § 1788.1(b) . The Legislature found that "unfair or deceptive debt collection practices undermined public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit." Civil Code § 1788.1(a)(2).

21. Defendants violated the provisions of Civil Code § 1788.17 by having violated 15 U.S.C. §1692e and 15 U.S.C. §1692f as referenced by the RFDCPA.

22. As a proximate result of Defendants' violations enumerated above, Plaintiff has been damaged in amounts which are subject to proof, and is entitled to collect such actual damages from Defendants.

23. Defendants' violation of the RFDCPA were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to Civil Code § 1788.30(b).

24. Plaintiff is entitled to recover reasonable attorneys' fees and costs pursuant to Civil Code § 1788.30(c).

## THIRD CAUSE OF ACTION

(Against All Defendants For Violations of the Telephone Consumer Protection Act of 1991.)

25. Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

26. 47 U.S.C. §227 of the TCPA provides that it shall be unlawful for any person to (1) make any call to a person on his cell phone using an autodialer in which (2) he is charged for such call other than for (3) emergency purposes or (4) without prior express consent.

27. Defendant called Plaintiff on his cell phone using an autodialer.

28. Plaintiff was charged for these calls.

29. Defendant did not call for an emergency.

30. Plaintiff does not recall giving express consent to receive phone calls on his cell phone. However, if express consent had been given, Plaintiff rescinded such consent verbally on May 26, 2012.

31. Defendant called Plaintiff in excess of 20 times without authorization after consent was rescinded.

32. Plaintiff prays for damages in the amount of $500 per unauthorized telephone call made using such autodialer.

## JURY TRIAL DEMAND

Plaintiffs hereby demand trial by jury in the above causes.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff on his own behalf, and on behalf of other members of the general public similarly situated, prays for relief as follows:

1. For compensatory damages according to proof;
2. For incidental damages, according to proof;
3. For all remedies and penalties under the FDCPA and the TCPA;
4. For pre-judgment interest;

- 6 -
CLASS ACTION COMPLAINT

5. For costs of suit;

6. For reasonable attorneys' fees;

7. For such other relief that the court deems proper.

                                          LAW OFFICES OF WADE A. MILLER

February 27, 2013                 By: /s/ Wade A. Miller

                                                Wade A. Miller
                                                Attorney for Plaintiff

- 7 -
CLASS ACTION COMPLAINT

# Exhibit B

| | | POS-015 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Wade A. Miller CBN 208980<br>Wade Miller Law<br>235 E. Broadway 424<br>Long Beach, CA 90802<br>TELEPHONE NO.: 562-437-6300  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Smith, individually and on behalf of others similarly situated | 208980 | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 751 W. Santa Ana Blvd.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, 92701<br>BRANCH NAME: Civil Complex Center | | |
| PLAINTIFF/PETITIONER: Smith, et. al.<br>DEFENDANT/RESPONDENT: Citibank, N.A. | | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | | CASE NUMBER:<br>302013000635152CUPOCXC |

TO (insert name of party being served): Citibank, N.A.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 4/11/2013

Wade A. Miller
(TYPE OR PRINT NAME)

▶ /s/ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [ ] Other (specify):

(To be completed by recipient):

Date this form is signed: 4/29/2013

Marcos D. Sasso
Stroock & Stroock & Lavan LLP
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)
Counsel for Defendant
Citibank, N.A.

▶ /s/ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On April 29, 2013, I served the foregoing document(s) described as: **NOTICE AND ACKNOWLEDGMENT OF RECEIPT- CIVIL** on the interested parties in this action as follows:

        Wade A. Miller
        Wade Miller Law
        235 E Broadway, Suite 424
        Long Beach, CA 90802

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 29, 2013, at Los Angeles, California.

    Regina Harcourt
    [Type or Print Name]              [Signature]

PROOF OF SERVICE

LA 51645889

Case 8:13-cv-00748-CJC-AN   Document 1   Filed 05/10/13   Page 16 of 19   Page ID #:18

# PROOF OF SERVICE

STATE OF CALIFORNIA  ) 
                                   ) ss
COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

      On May 10, 2013, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Wade A. Miller
> Wade Miller Law
> 235 E Broadway, Suite 424
> Long Beach, CA 90802

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

      I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on May 10, 2013, at Los Angeles, California.

      Robin Bram
      [Type or Print Name]                           [Signature]

LA 51639653

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV13- 748 CJC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**  
312 N. Spring St., Rm. G-8  
Los Angeles, CA 90012

[ ] **Southern Division**  
411 West Fourth St., Rm. 1-053  
Santa Ana, CA 92701-4516

[ ] **Eastern Division**  
3470 Twelfth St., Rm. 134  
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
CRAIG SMITH, individually, and on behalf of a class similarly situated

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
CITIBANK, N.A. a corporation doing business in the State of California, Does 1 to 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Wade A. Miller
Wade Miller Law
235 East Broadway, Suite 424
Long Beach, CA 90802; Tel: 562-437-6300

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Julia B. Strickland/Marcos D. Sasso/Raymond A. Garcia
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067; Tel: 310-556-5800

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Plaintiff alleges that he received calls to his cell phone allegedly in violation of the TCPA.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | Other: | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** ~~SACV13 - 00748 CJC (ANx)~~

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | South Dakota |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   **DATE:** May 10, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |